UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH W. RODMAN,

        Plaintiff,         **CIVIL NO. 07-10407**
                              Judge George Caram Steeh
-v-                          Magistrate Judge Steven D. Pepe

COMMISSIONER
OF SOCIAL SECURITY,

        Defendant.
_____/

## ORDER

It is hereby **ORDERED** that the defendant, Commissioner of Social Security, shall have a 14-day extension of time, until February 11, 2008, to file her Response to plaintiff's objections to the magistrate's report and recommendation. Plaintiff's reply is due February 19, 2008.

Dated: January 30, 2008

                                              S/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 30, 2008, by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk