UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH W. RODMAN,

       Plaintiff,

vs.

                                    Case No. 07-CV-10407
                                    HON. GEORGE CARAM STEEH

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

_____/

## JUDGMENT

Pursuant to the court's order of even date granting defendant's motion for summary judgment and denying plaintiff's motion for summary judgment,

IT IS ORDERED AND ADJUDGED that judgment hereby is entered in favor of defendant Commissioner of Social Security and against plaintiff Kenneth Rodman. Plaintiff's claims are hereby DISMISSED with prejudice.

Dated at Detroit, Michigan, March 6, 2008.

                                        DAVID J. WEAVER
                                        CLERK OF THE COURT

                                        BY: s/Josephine Chaffee
                                              DEPUTY COURT CLERK

---

CERTIFICATE OF SERVICE

Copies of this Judgment were served upon attorneys of record
on
March 6, 2008, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk